|   |   |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ZHENG-PING JIANG, | ) | |
|---|---|---|
| | ) | No. C 07-1270 JL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO EXTEND DATES;** |
| MICHAEL CHERTOFF, Secretary of the | ) | **and [PROPOSED] ORDER** |
| Department of Homeland Security; | ) | |
| DAVID STILL, San Francisco District | ) | |
| Director, U.S. Citizenship and Immigration | ) | |
| Services; | ) | |
| ROBERT S. MUELLER, Director of | ) | |
| Federal Bureau of Investigations, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about March 5, 2007, and Defendants' response is due on May 28, 2007.

2. Pursuant to this Court's March 5, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on June 6, 2007, and attend a case management conference on June 13, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stipulation to Extend Dates
C07-1270 JL                                            1

| | | |
|---|---|---|
| 1 | case and/or Answer and prepare a joint case management statement, the parties hereby respectfully | |
| 2 | ask this Court to extend the dates in the Court's scheduling order as follows: | |
| 3 | Last day for Defendant to file an Answer | June 11, 2007 |
| 4 | Last day to file Joint ADR Certification | June 20, 2007 |
| 5 | Last day to file/serve Joint Case Management Statement: | July 3, 2007 |
| 6 | Case Management Conference: | July 11, 2007 at 10:30 a.m. |

Dated: May 24, 2007           Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: May 24, 2007

_____/s/_____
ZHENG PING JIANG
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 31, 2007

*IT IS SO ORDERED*
*Judge James Larson*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Extend Dates
C07-1270 JL                    2